UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HILDA GRIFFIN,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal No. 3:18-cr-30013-MGM-1

Violation:

Count One: False Representations to
the Social Security Administration
(42 U.S.C. § 1307(a))

SUPERSEDING INFORMATION

COUNT ONE
False Representations to the Social Security Administration
(42 U.S.C. § 1307(a))

The United States Attorney alleges:

From in or about October 2014, and continuing thereafter until in or about December 2014, and from in or about October 2017, and continuing through in or about May 2018, in Hampden County, in the District of Massachusetts, the defendant,

HILDA GRIFFIN,

with the intent to defraud, made false representations concerning the requirements of Chapter 7 of the Social Security Act, knowing such representations to be false. Specifically, Griffin served as the representative payee for individuals who were receiving Social Security benefits and falsely represented that the benefits she received on the individuals' behalf were spent on the individuals' care. From October 2014, and continuing thereafter until in or about December 2014, and from in or about October 2017, and continuing through in or about May 2018, Griffin received approximately $26,970.30 in benefits on behalf of the individuals but did not spend those benefits on behalf of the individuals.

All in violation of Title 42, United States Code, Section 1307(a).

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By:    CHRISTOPHER MORGAN    Digitally signed by
CHRISTOPHER MORGAN
Date: 2023.03.24 09:05:35
-04'00'

CHRISTOPHER L. MORGAN
Assistant United States Attorney